FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEWIS WARD, | ) Case No. CV 08-0830-FMC(RC) |
|       Petitioner, | ) |
| vs. | ) JUDGMENT |
| JON DeMORALES, | ) |
|       Respondent. | ) |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: March 18, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-0830.mdo
3/17/08